UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61152-CIV-SINGHAL

RYAN SHINN,

    Plaintiff,

v.

VAN DYK MORTGAGE CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal filed by Plaintiff (DE [33]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 27th day of July, 2020.

                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF